**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DALLAS BUYERS CLUB, LLC.,**

      **Plaintiff,**

v.                                                 **Case No:   6:14-cv-1011-Orl-37KRS**

**DOE 6,**

      **Defendant.**

## ORDER

This cause is before the Court on its own motion. The above referenced case is related to case no. 6:14-cv-1010-Orl-37GKJ and is assigned to the undersigned. For judicial economy and continuity of case, the Clerk is directed to reassign the Magistrate Judge only in the above case to Magistrate Gregory J. Kelly as he has the lowest assigned number. The District Judge assignment shall remain the same.

**DONE AND ORDERED** at Orlando, Florida this 10th day of July, 2014.

*[signature]*

ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record