**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DALLAS BUYERS CLUB, LLC,**

    **Plaintiff,**

                                            **CASE NO.:  6:14-cv-01011-RBD-GJK**

v.

**MARGARET BRENNAN, a/k/a DOE 6,**

    **Defendant.**

_____/

**DECLARATION OF RICHARD E. FEE REGARDING ATTORNEYS' FEES AND COSTS IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT MARGARET BRENNAN**

I, Richard E. Fee, declare:

1. My name is Richard E. Fee. I am a resident of Hillsborough County, Florida, over the age of 21, and otherwise competent to testify to the facts set forth in this Declaration.

2. I am an attorney at law licensed to practice in Florida since 1989 and am admitted in the United States District Court, Middle District of Florida.

3. I am the president of the law firm IP Enforcement Law Group, P.A., 1227 N. Franklin Street, Tampa, Florida 33602 and am lead trial counsel of record for Plaintiff in this matter.

4. Plaintiff brought this action against Defendant, Margaret Brennan, for direct copyright infringement and contributory copyright infringement of Plaintiff's copyrighted motion picture, *Dallas Buyers Club* (the "Motion Picture").

5. A summons was issued to Defendant on November 10, 2014, informing her of this lawsuit and explaining that if she failed to respond with an answer or motion within 21 days, a judgment by default will be entered against her.

6. Plaintiff served Defendant with the Summons and Amended Complaint on November 17, 2014, in accordance with § 48.031(1)(a), Florida Statutes.

7. Defendant did not respond to Plaintiff's Amended Complaint, so Plaintiff filed a request for the Clerk of Court to enter default against Defendant on the grounds that she failed to appear or otherwise respond to Plaintiff's Amended Complaint within the prescribed time. As of the date listed on this declaration, Defendant has not appeared or otherwise responded to Plaintiff's Amended Complaint.

8. My associate, Catherine Yant, spent a total of 9.7 hours, and I spent a total of 0.5 hours, performing legal services for Plaintiff in the prosecution of this case against Defendant.[1] A detailed listing of the time entries for this matter is attached to my Declaration as Exhibit 1. My normal hourly rate for a case like this is $425.00 per hour, and Ms. Yant's normal hourly rate is $225.00 per hour. This totals $2,395.00 for attorneys' fees expended litigating this case against Defendant. This fee is reasonable based on my experience and the amount of time spent on the matter.

9. My client has incurred $487.00 in costs to bring this case against Defendant. Specifically, $400.00 for the filing fee to bring this action, $30.00 for

---

[1] Although I performed additional services related to this case, as noted on Exhibit 1 hereto, Plaintiff is only claiming fees for my time spent on the Motion for Entry of Final Default Judgment.

subpoenaed information from Bright House Networks; and $57.00 on a process server to personally serve Defendant.

      10.    The legal services and costs totaling $2,882.00 as set forth above were reasonable and necessary in order to prosecute this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

DATED: April 1, 2015            By: s/ Richard E. Fee