UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALLAS BUYERS CLUB, LLC,

        Plaintiff,

v.                                       Case No. 6:14-cv-1011-Orl-37GJK

MARGARET BRENNAN,

        Defendant.

## ORDER

This cause is before the Court on the following:

1. Plaintiff, Dallas Buyers Club, LLC's Motion for Entry of Final Default Judgment and Permanent Injunction Against Defendant Margaret Brennan (Doc. 28), filed April 1, 2015; and

2. The Report and Recommendation of [U.S.] Magistrate Judge Gregory J. Kelly (Doc. 29), filed May 26, 2015.

## BACKGROUND

Dallas Buyers Club, LLC ("Plaintiff") initiated this copyright infringement action on June 25, 2014. (Doc. 1.) Approximately five months later, Plaintiff filed an Amended Complaint to substitute Defendant "Doe 6" with Margaret Brennan ("Defendant"). (Doc. 18.) Plaintiff also filed proof of service of the Amended Complaint and Summons. (Doc. 21.) Thereafter, Plaintiff requested a clerk's default (Doc. 23), which request was granted (Doc. 25). Plaintiff then moved for entry of a final default judgment and a preliminary injunction (Doc. 28 ("Motion")), and the Motion was referred to U.S. Magistrate Judge Gregory J. Kelly, who issued his Report and Recommendation on

May 26, 2015 ("Report"). (Doc. 29.) No objections have been filed, and the deadline for filing objections has passed.

## STANDARDS

After a proper referral of a matter for issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), and absent timely-filed written objections, the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

## DISCUSSION

In the Report, Magistrate Judge Kelly finds that that Plaintiff properly served Defendant with its well-pled Amended Complaint, and Defendant did not respond to the Amended Complaint or otherwise appear in this action. (*See* Doc. 29, pp. 2–7.) The Report then sets forth the applicable law in exhaustive detail and recommends that the Court deny the Motion to the extent it seeks attorneys' fees for the time spent responding to the Court's Show Cause Orders, but grant Plaintiff's Motion in all other respects. (*See id.*) Specifically, Magistrate Judge Kelly recommends that the Court: (1) adjudge Defendant liable for direct (Count One) and indirect (Count Two) copyright infringement (*see id.* at 7–10); (2) "enter a permanent injunction against Defendant" (*id.* at 10–11); (3) award Plaintiff $6,000.00 in statutory damages; (4) award Plaintiff $1,950.00 in attorneys' fees (*id.* at 14–17); and (5) award Plaintiff costs of $487.00 (*id.*). Upon careful review, the Court finds that the Report is thorough, well-reasoned, and is due to be adopted and affirmed. *See Dallas Buyers Club, LLC v. Cordova*, 14-cv-1469-WYD-MEH, 2015 WL 782988, at *7–*8 (D. Colo. Feb. 24, 2015) (entering default judgment in favor of Dallas Buyers' Club based on BitTorrent allegations and awarding

2

statutory damages, attorneys' fees, and costs); *Dallas Buyers Club, LLC v. Eldridge*, 14-cv-1629-WYD-MEH, 2015 WL 783583, at *7–*8 (D. Colo. Feb. 24, 2015) (same).

## CONCLUSION

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. The Report and Recommendation of [U.S.] Magistrate Judge Gregory J. Kelly (Doc. 29) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Dallas Buyers Club, LLC's Motion for Entry of Final Default Judgment and Permanent Injunction Against Defendant Margaret Brennan (Doc. 28) is **GRANTED IN PART AND DENIED IN PART** in accordance with the Report and Recommendation of [U.S.] Magistrate Judge Gregory J. Kelly (Doc. 29).

3. Defendant Margaret Brennan is liable for direct and indirect infringement of Plaintiff's copyrights in the motion picture titled Dallas Buyers Club (Registration Number PA 1-873-195).

4. Plaintiff Dallas Buyers Club, LLC is entitled to entry of a permanent injunction against Defendant Margaret Brennan pursuant to Federal Rule of Civil Procedure 65 and 17 U.S.C. §§ 502(a) and 503(b), and the Court will issue the injunction in a separate Order.

5. Defendant Margaret Brennan shall pay Plaintiff Dallas Buyer's Club, LLC the following sums:

    a. $6,000.00 in statutory damages;

    b. $1,1950.00 in attorneys' fees; and

    c. $487.00 in costs.

6. The Clerk is directed to enter Judgment in favor of Plaintiff Dallas Buyers Club, LLC and against Defendant Margaret Brennan in accordance with this Order and to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 18, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Defendant Margaret Brennan